**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00396-CNS-STV

Christopher Mills, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

Rocky Mountain Concrete Specialists, LLC,
and Greg Johnson,

    Defendants.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff, Christopher Mills ("Plaintiff"), by and through his counsel, Sanford Law Firm, PLLC and Defendants Rocky Mountain Concrete Specialists, LLC, and Greg Johnson, by and through their attorneys Fairfield and Woods, P.C., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the above action should be dismissed with prejudice with each party to pay their own attorneys' fees and costs.

Respectfully submitted this 27th day of February, 2023.

| SANFORD LAW FIRM, PLLC | FAIRFIELD AND WOODS, P.C. |
|---|---|
| *s/ Josh Sanford*_____ | *s/ Adrian P. Castro*_____ |
| Josh Sanford | Adrian P. Castro, #42028 |
| Laura Edmondson | 1801 California Street, Suite 2600 |
| 10800 Financial Centre Pkwy., Suite 510 | Denver, Colorado 80202 |
| Little Rock, AR 72211 | Telephone: (303) 830-2400 |
| Telephone: (800) 615-4946 | Facsimile: (303) 830-1033 |
| Facsimile: (888) 787-2040 | Email: acastro@fwlaw.com |
| Email: josh@sanfordlawfirm.com | *Attorneys for Defendants, Rocky* |
| Email: laura@sanfordlawfirm.com | *Mountain Concrete Specialists, LLC, and* |
| *Attorneys for Plaintiff* | *Greg Johnson* |

## CERTIFICATE OF SERVICE

   I hereby certified that on this 27th day of February, 2023, I caused the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  The following individuals will be served as noted below:

Josh Sanford
Laura Edmondson
Sanford Law firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, AR  72211
Email:  josh@sanfordlawfirm.com
laura@sanfordlawfirm.com
*Attorneys for Plaintiff*

                 *s/ Adrian P. Castro*
                  Adrian P. Castro

2